# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

JESSIE LE-HO and VICTORIA LE,
        Plaintiffs,

  v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
        Defendant.

_____

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION
_____

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant Allstate Fire and Casualty Insurance Company, hereby files its Notice of Removal of the above-captioned action to this Court, and states as follows:

1. Defendant Allstate Fire and Casualty Insurance Company is named as defendant in Civil Action No. 2014CV33914 in Denver County District Court (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the District Court of Denver County, in Denver, Colorado on October 13, 2014.  Plaintiffs served the Summons and Complaint to Defendant on October 7, 2014.  The Defendant will timely file an Answer to the Plaintiffs' Complaint within seven days of this Notice.

3. This Notice is being filed with this Court within thirty (30) days after the Plaintiffs' Complaint was served upon the Defendant's registered agent setting forth the claims for relief upon which Plaintiffs' action is based.

4. To the best of Defendant's knowledge, all pleadings that have been filed or served in the State Court Action are attached hereto as Exhibit "A." To the best of Defendant's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5. Allstate Fire and Casualty Insurance Company avers that this Court has diversity jurisdiction over Plaintiffs' claims because this is a civil action between parties of diverse citizenship. Additionally, Plaintiffs allege that the amount in controversy exceeds $75,000. Thus, this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332.

6. Specifically, Plaintiffs are citizens of the State of Colorado, Denver County and Defendant is a citizen of the State of Illinois. See Exhibit A, paragraph 1 and page 4. Defendant is a foreign corporation authorized to conduct business in the state of Colorado; however, their principal mailing address is in Northbrook, Illinois. The parties are therefore citizens of different states and thus this civil action is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(a) because this Court has diversity jurisdiction.

7. Additionally, the Plaintiffs allege that this action is a civil action involving an amount in controversy exceeding $75,000, exclusive of interest and costs. See Exhibit A, Complaint and Jury Demand in which Plaintiffs state they have personal injury claims in excess of $25,000, reasonable and related medical expenses in excess of $40,000 and the reasonable value of each Plaintiffs' personal injury claim in excess of $75,000. See Plaintiffs' Complaint, paragraphs 12-14 and 16. Additionally, in the present litigation, the Plaintiffs are seeking damages for alleged violations of C.R.S. § 10-3-1115 and C.R.S. § 10-3-1116.

8. Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiffs in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that the above-described action now pending in Denver County District Court, be removed therefrom to this Court.

Respectfully submitted this 28th day of October, 2014.

By: _____
Rebecca K. Wagner (CO Bar No. 33473)
CAMPBELL LATIOLAIS & AVERBACH, LLC
825 Logan Street
Denver, Colorado  80203
(303) 831-5990
Email: rwagner@cla-law.net
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2014, I presented the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF ACTION** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

William Providence, Esq.

_____
*Merrie J. Robinson*