| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address: 1437 Bannock St.<br>                    Denver, CO 80202<br>Phone No.:       (303) 654-3237<br>_____<br><br>**PLAINTIFFS:  JESSIE LE-HO and**<br>                       **VICTORIA LE**<br><br>v.<br><br>**DEFENDANT: ALLSTATE FIRE AND CASUALTY**<br>**INSURANCE COMPANY**<br>_____<br>William Providence, ESQ<br>1595 Wright Ct.<br>Lakewood, CO 80215<br>Phone No.: (303) 995-7666<br>Email: Williamprovidence@gmail.com | DATE FILED: October 13, 2014 12:03 PM<br>FILING ID: AC58F7C2DA2E7<br>CASE NUMBER: 2014CV33914<br><br><br>☐ **COURT USE ONLY** ☐<br>_____<br><br>Case No:<br><br>Ctrm: |

## DISTRICT COURT CIVIL COMPLAINT

PLAINTIFFS, Jessie Le-Ho and Victoria Le, through counsel, submit the following Complaint:

### GENERAL ALLEGATIONS

1.     Defendant Allstate Fire and Casualty Insurance Company (hereinafter "Defendant") is a corporation authorized to do business in Colorado as an insurance company.

2.     On or about December 12th, 2013 Plaintiffs Jessie Le-Ho and Victoria Le (hereinafter "Plaintiffs") were travelling east bound on Gaylord St. at approximately 30 Miles per Hour around 3:00 PM when a vehicle driven by Cheree Carrigan suddenly pulled in front of them, failing to yield the right of way. This collision occurred in the County of Denver, and State of Colorado.

3.     The above collision was a direct result of the carelessness and/or negligence of Cheree Carrigan including but not limited to failure to keep a proper lookout, careless driving, failure to yield the right of way, and such other acts or failures to act which violated the ordinances of the City of Denver and County of Denver and/or the statutes of the State of Colorado.

4. As a direct and proximate result of the collision, both Plaintiffs sustained injuries including injury to the cervical spine. Both Plaintiffs were diagnosed with Facet Syndrome and eventually underwent radiofrequency facet neurotomy (also referred to as an "RF Rhizotomy") on their cervical spines.

5. As a direct and proximate result of the collision, Plaintiffs have suffered physical pain and experienced mental suffering, loss of enjoyment of life, inconvenience, expenses for the services of doctors and other health care providers and medical supplies; loss of time; partial permanent impairment, and other losses which will continue into the future, all to their detriment and all as a direct and proximate result of the negligence of Cheree Carrigan.

6. At the time of the above collision, Cheree Carrigan had automobile liability insurance coverage of $25,000 per person with Progressive Insurance.

7. In August, 2014 Plaintiffs both settled with Cheree Carrigan and Progressive Insurance for the policy limits of $25,000 each.

## FIRST CLAIM FOR RELIEF
### (Underinsured Motorist Claim)

8. Plaintiffs incorporate in this the First Claim for Relief all above Allegations.

9. Plaintiffs each settled for the policy limits with Cheree Carrigan and Progressive Insurance with the full knowledge and approval of Defendant Allstate.

10. At the time of the above collision, Plaintiff Jessie-Le Ho had underinsured motorist coverage with Allstate pursuant to policy number 920436875 in the amount of $100,000.

11. Plaintiffs gave Allstate timely notice of their underinsured motorist claim arising out of the subject collision pursuant to a letter dated July 23, 2014.

12. Both Plaintiffs' personal injury claim arising from the subject collision have a reasonable value in excess of $25,000.

13. Both Plaintiffs' reasonable and related medical expenses including medical expenses for their respective cervical procedures each exceed $40,000.

14. The reasonable value of each Plaintiffs' personal injury claim arising from the subject collision exceeds $75,000.

15. Plaintiffs and Allstate have not been able to resolve Plaintiffs' underinsured motorist claim arising from the subject collision. Allstate has not inured benefits to Plaintiff under the underinsured motorist policy.

16. Plaintiffs have each been damaged in the amount of $75,000 as a result of Allstate's failure to pay the underinsured motorist benefits to which they are entitled.

## SECOND CLAIM FOR RELIEF
### (Bad Faith)

17. Plaintiff incorporates in this the second Claim for Relief all the allegations above.

18. Allstate has a duty to deal in good faith and to deal fairly with Plaintiffs regarding the underinsured motorist claim.

19. Allstate has failed to make any offer after two and half months of time since the time of receipt of the demand letter. The adjuster, Linda May, has gone so far as to yell at undersigned counsel in his attempt to receive an offer, and to hang up on undersigned counsel and to tell him to "do whatever you wanna do." Attached Exhibit 1 reflects Allstate Adjuster Linda May's follow up letter to undersigned counsel in which she acknowledges having had hung up on him. This is after having already had 45 days in which to review the letter.

20. Allstate's failure to make an offer in response to the underinsured motorist claim is unreasonable and its failure to review the file within 30 days as agreed upon is also unreasonable.

21. Allstate knew that its refusal to review the demand letter was in a timely manner was unreasonable and acted in reckless disregard of the fact that it had a duty of good faith to both Plaintiffs, as such Allstate acted in reckless disregard of the facts and its actions as such are unreasonable.

22. Plaintiffs have suffered emotional distress due to Allstate's unreasonable delay and unreasonable denial.

WHEREFORE, Plaintiffs request that judgment be entered in favor of Plaintiffs and against the Defendant in an amount to fairly and reasonably compensate Plaintiff for her injuries, damages, and losses as set forth above; for double damages and reasonable attorney fees pursuant to C.R.S. 10-3-1116 and for court costs; for expert witness fees; for statutory interest from the date this cause of action accrued or as otherwise permitted under Colorado law; and for such other and further relief as this Court deems just and proper.

Dated October 1, 2014

WILLIAM PROVIDENCE, ESQ

/s/ *William Providence*

_____

William Providence
Attorney No. 38660
1595 Wright Ct.
Lakewood, Co 80215
(303) 995-7666
Williamprovidence@gmail.com

Plaintiffs' Address:

Jessie Le-Ho
15000 Bolling Dr.
Denver, CO 80239

Victoria Le
1955 Ulster St. Apt 117
Denver, CO 80220